by J. Franklin Tausch against John C. Giesler. No opinion. Judgment of the Municipal Court affirmed, with costs.

TAUSCH, Respondent, v. HALL, Appellant. (Supreme Court, Appellate Division, Second Department. February 24, 1911.) Action by J. Franklin Tausch against Thomas P. Hall. No opinion. Judgment of the Municipal Court affirmed, with costs.

TEITELBAUM, Respondent, v. SHLIKERMAN REALTY & IMPROVEMENT CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1911.) Action by Solomon Teitelbaum against the Shlikerman Realty & Improvement Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re TERRY. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) In the matter of the application of Albert W. Terry to lay out, alter, and discontinue a highway in the town of Harpersfield, Delaware county, N. Y., and the assessment of damages therefor. No opinion. Order (67 Misc. Rep. 514, 123 N. Y. Supp. 258) unanimously affirmed, with costs.

THOMAS, Respondent, v. SIMON, Appellant. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by Charles Thomas against Morris Simon. No opinion. Motion to dismiss appeal granted, without costs.

THOMPSON, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Sarah G. Thompson against John M. Thompson. F. Frenholm, for appellant. L. O. Condit, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TIEDJEN v. NATIONAL ELEVATOR CO. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Louise Tiedjen, as administratrix, against the National Elevator Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 126 N. Y. Supp. 304.

TIMPANO, Respondent, v. VITOLO et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) Action by Michael Timpano against Giacchino Vitolo and another. No opinion. Motion denied, on condition that the appellants pay $10 costs, perfect their appeal, put the case at the foot of the present calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

TIMPANO, Respondent, v. VITOLO et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 31, 1911.)

Action by Michael Timpano against Giacchino Vitolo and another. No opinion. Appeal dismissed, with costs. See, also, supra.

TOMASSELLO, Respondent, v. VOLPE, Appellant. (Supreme Court, Appellate Division, Second Department. February 24, 1911.) Action by Salvatore Tomassello against Emilio Volpe. No opinion. Judgment of the Municipal Court affirmed, with costs.

TOTTEN, Appellant, v. COLLINS et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Thomas J. Totten against Jeanette Collins and others. PER CURIAM. Order affirmed, with $10 costs and disbursements. SMITH, P. J., not voting.

TRADERS' PAPER BOARD CO., Respondent, v. ALBERT PAPER BOX CO., Appellant. (Supreme Court, Appellate Division Second Department. January 31, 1911.) Action by the Traders' Paper Board Company against the Albert Paper Box Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

TROPENAS, Appellant, v. POWELL et al., Respondents. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Alexandre Tropenas against Thomas Powell and another. F. M. Applegate, for appellant. W. L. Ransom, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TURNER, Respondent, v. BRYANT, Appellant. (Supreme Court, Appellate Division, Third Department, March 8, 1911.) Action by Charles H. Turner against Edwin R. Bryant. PER CURIAM. Judgment affirmed, with costs. Order affirmed, with $10 costs and disbursements, with the privilege to the defendant of taking advantage of the order so affirmed, within 30 days, upon the terms therein named, and the payment of the costs awarded on these appeals.

TWAMLEY, Appellant, v. McKENNELL, Respondent. (Supreme Court, Appellate Division, First Department. February 3, 1911.) Action by Peter Twamley against Thomas A. McKennell. N. L. Keach, for appellant. G. H. Taylor, Jr., for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to amend reply on payment of costs. Order filed. See, also, 137 App. Div. 574, 122 N. Y. Supp. 237.

UNION BANK OF BROOKLYN, Respondent, v. SCHLESINGER, Appellant. (Supreme Court, Appellate Division, Second Department. January 20, 1911.) Action by the Union Bank